UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CV-24460-PCH

BABIECA CAPITAL, LP,

    Plaintiff,

v.

MORDECHAI COHEN,
COHEN ANYTIME, INC.,
COHEN JEWELS INC.,
IZHAK COHEN,
TONIC INVESTMENTS, LLC,
KATHERINE COHEN,
JULIANA BUILES.

    Defendants.
_____/

**MOTION TO SERVE PROCESS ON CERTAIN DEFENDANTS BY E-MAIL
AND WHATSAPP PURSUANT TO FED. R. CIV. P. 4(f)**

Plaintiff, BABIECA CAPITAL, LP, pursuant to Fed. R. Civ. P. 4(f), files this Motion to Serve Process on Defendants MORDECHAI COHEN, IZHAK COHEN, KATHERINE COHEN and JULIANA BUILES by E-Mail and WhatsApp, and in support thereof states:

1.     On November 12, 2024, Plaintiff filed the Complaint in this matter.

2.     Plaintiff has made numerous, ongoing, and diligent efforts to serve Defendants (1) Mordechai Cohen, (2) Izhak Cohen, (3) Katherine Cohen, and (4) Juliana Builes (collectively referred to as "Defendants") who are believed to reside in Florida.

3.     The Corporate Defendants in this matter have all been served and have appeared through counsel. Those are Cohen Anytime, Cohen Jewels, and Tonic Investments. It is important to note that Cohen Anytime and Cohen Jewels are controlled in one way or another by the combination of the four individual defendants aforementioned at para. 2. Thus, by way of service

1

on the corporate defendants, the four aforementioned, non-served individual defendants are aware of this suit.

4.  The four aforementioned defendants M. Cohen, I. Cohen, K. Cohen, and J. Builes are actively avoiding service. On information and belief, they have left the jurisdiction and the United States for that matter, to continue their service evasion attempts. This is a serious case involving allegations of fraud and racketeering, and it is not a surprise they are service dodging.

5.  On December 16, 2024, Plaintiff filed returns of non-service demonstrating previous unsuccessful attempts to serve Defendants. Please see the returns of non-service attached as composite Exhibit A.

6.  Attempts to have their potential, personal counsel served with process on their behalf were rejected.

7.  Fed. R. Civ. P. 4(f) governs the service of process on individuals believed to be located in a foreign country. As stated above, through service attempts and investigation, there is a good faith belief and information that the four non-served individual defendants M. Cohen, I. Cohen, K. Cohen, and J. Builes are presently not located in the United States and may be served via Rule 4(f).

8.  Rule 4(f) provides three primary methods for serving an individual outside the United States:

(1) by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents;

(2) if there is no internationally agreed means, or if an international agreement allows but does not specify other means, by a method that is reasonably calculated to give notice,

including as prescribed by the foreign country's law, as directed by the foreign authority in response to a letter rogatory, or by delivering a copy of the summons and complaint personally or using any form of mail that requires a signed receipt; and

(3)     **by other means not prohibited by international agreement, as the court orders.** (Emphasis Added).

9.    Moreover, Rule 4(f) is not hierarchical, meaning that plaintiffs do not need to exhaust the methods listed in Rule 4(f)(1) and (2) before seeking court approval for alternative methods under Rule 4(f)(3).

9.    Plaintiff respectfully request that service on the four, non-served defendants M. Cohen, I. Cohen, K. Cohen, and J. Builes be permitted under Rule 4(f)(3) utilizing electronic means, such as email and WhatsApp numbers.

10.    On information and belief, and following investigation, the four, non-served defendants are in Colombia.

11.    Colombia does not oppose alternate methods of transmission as outlined in Article 10 of the Hague Service Convention. As such, service by email or WhatsApp under Rule 4(f)(3) is not prohibited by international agreement and the Court may enter an order permitting service on them via alternate means.

12.    Plaintiff respectfully suggests that good cause has been shown to permit service on the four, non-served defendants MORDECHAI COHEN, IZHAK COHEN, KATHERINE COHEN and JULIANA BUILES under Rule 4(f)(3) via email and WhatsApp.

13.    After making such electronic service, an appropriate notification can be filed with the Court.

**WHEREFORE**, Plaintiff, BABIECA CAPITAL, LP, respectfully requests that the Court enter an order granting this Motion to Serve Process on Defendants by E-Mail or WhatsApp Pursuant to Fed. R. Civ. P. 4(f) and permitting Plaintiff to serve process on Defendants, via email or WhatsApp.

Respectfully Submitted,

**OSORIO INTERNACIONAL, P.A.**
175 S.W. 7th Street, Suite 1800
Miami, FL 33130
Telephone: 305-900-4103

*/s/ Carlos F. Osorio*
Carlos F. Osorio, Esq., B.C.S.
Florida Bar No.: 597546
E-mail: cosorio@osorioint.com
Evelyn Migandi Barroso, Esq.
Florida Bar No. 1007858
E-mail: ebarroso@osorioint.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 18th day of December, 2024, a true and correct copy of the foregoing was electronically filed via the Florida Courts e-Filing Portal, which will serve this Notice on all counsel of record via this Court's e-service system.

/s/ *Carlos F. Osorio*
Carlos F. Osorio, Esq., B.C.S.

# COMPOSITE EXHIBIT "A"

# **RETURN OF DUE DILIGENCE**

**State of Florida**                                                                                     **County of Southern**

Case Number: 1:24-CV-24460-PCH

Plaintiff:
**BABIECA CAPITAL, LP.,**

VER2024001749

vs.

Defendant:
**MORDECHAI COHEN; COHEN ANYTIME, INC.; COHEN JEWELS, INC.; IZHAK COHEN; TONIC INVESTMENTS, LLC.; KATHERINE COHEN; AND JULIANA BUILES,**

For:
Carlos F. Osorio, Esq.
Osorio Internacional, P.A.
175 SW 7th Street
Ste. 1800
Miami, FL 33130

Received by One Call Legal, Inc. on the 17th day of November, 2024 at 9:00 am to be served on **IZHAK COHEN, 22 NE 1 STREET, STE. 214, MIAMI, FL 33132**.

I, Alberto Rivera, do hereby affirm that on the **13th day of December, 2024** at **5:00 pm, I:**

**NON-SERVED** the **Summons and Complaint**. After due search, careful inquiry and diligent attempts was unable to serve on **IZHAK COHEN** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
11/20/2024  1:10 pm  Service Attempted: 22 NE 1st Street, STe. 214, Miami, FL - No contact made.  The office was closed, all the lights were off and the business name on the door was Levi Diamonds.

I found another business by the name IC Jewelry Inc where Izhak Cohen is the registered agent.  It is registered on Sunbiz at the Seybold Building, 36 NE 1st Street, Miami, FL.  There is no suite number in Sunbiz.  I checked on the directory, but the company is not listed as a tenant.   Finding him in the Seybold Building will be difficult as this is a 10-story building full of jewelry stores.
I checked with the management office, and they said that there is no company by this name.
The lady in the management office says that she recognized Mordechai Cohen from the picture and told me to check in suite 701.  She believes that they are friends of the owner in suite 701 and has seen him there before.
I walked by suite # 701 but only saw one gentleman standing in at the front counter, but it was not Mordechai Cohen.

I also checked the address for Cohen Anytime Inc, (Inactive Corp) located in the Alfred Dupont Building at 169 E Flagler Street, Ste 716, Miami, FL.  Per building management office, Cohen Anytime is still the current tenant of office suite 716, but they are never in.
I went to knock on the door.  There was no signage on the door, only a security camera above the door and all the lights were off.

## RETURN OF DUE DILIGENCE For 1:24-CV-24460-PCH

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.  No notary required per FL. Stat. 92.525(2).

**Alberto Rivera**
C.P.S. # 1921

**One Call Legal, Inc.
10 Canal Street, # 222
Miami Springs, FL 33166
(305) 460-8077**

Our Job Serial Number: VER-2024001749

# **RETURN OF DUE DILIGENCE**

**State of Florida**  **County of Southern**

Case Number: 1:24-CV-24460-PCH

Plaintiff:
**BABIECA CAPITAL, LP.,**

VER2024001747

vs.

Defendant:
**MORDECHAI COHEN; COHEN ANYTIME, INC.; COHEN JEWELS, INC.; IZHAK COHEN; TONIC INVESTMENTS, LLC.; KATHERINE COHEN; AND JULIANA BUILES,**

For:
Carlos F. Osorio, Esq.
Osorio Internacional, P.A.
175 SW 7th Street
Ste. 1800
Miami, FL 33130

Received by One Call Legal, Inc. on the 17th day of November, 2024 at 9:00 am to be served on **JULIANA BUILES, 7345 SW 96 STREET, PINECREST, FL 33156**.

I, Alberto Rivera, do hereby affirm that on the **13th day of December, 2024** at **5:00 pm, I:**

**NON-SERVED** the **Summons and Complaint**. After due search, careful inquiry and diligent attempts was unable to serve on **JULIANA BUILES** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
11/19/2024  1:35 pm  SERVICE ATTEMPTED: 7345 SW 96TH STREET, MIAMI, FL - PER NON-LIVE-IN HOUSEKEEPER AND ANOTHER MALE EMPLOYEE, JULIANA BUILES IS OUT OF TOWN AND MORDECHAI COHEN WAS NOT HOME.
THEY STATED THAT HE WOULD BE HOME BY 6 PM AND TO TRY HIM THEN.

VEHICLES:
BLACK ROLLS ROYCE SUV: TEMP TAG- DSS5136
WHITE VW SUV: TAG: 40B EBC
11/19/2024  6:55 pm  SERVICE ATTEMPTED: 7345 SW 96TH STREET, MIAMI, FL - CONTACT MADE WITH A HISPANIC FEMALE WHO STATED THAT HER NAME WAS LIANET AND SHE WAS FRIENDS WITH THEIR KIDS AND WAS ONLY VISITING.
WHEN ASKED TO SEE MORDECHAI COHEN, SHE ASKED ME TO WAIT A SECOND AS SHE WENT BACK TO ONE OF THE ROOMS TO SPEAK WITH SOMEONE.  WHEN SHE RETURNED TO THE DOOR., SHE STATED THAT SUBJECTS WERE OUT OF TOWN AND THAT THERE WAS NO ONE THERE AUTHORIZED TO ACCEPT SERVICE.

VEHICLES:
BLACK ROLLS ROYCE - TAG: DSS5136
BLACK MERCEDES SUV - TAG: 17A SDJ
WHITE CADILLAC SUV - TAG: NBH G38

VEHICLES:
11/22/2024  11:10 am  SERVICE ATTEMPTED: 7345 SW 96TH STREET, MIAMI, FL - PER THE HOUSEKEEPER, SUBJECT'S LEFT OUT OF TOWN AND WON'T BE BACK UNTIL AFTER THE HOLIDAYS.
THERE WERE 5 VEHICLES PARKED AT THE HOUSE INCLUDING THE ROLLS ROYCE SUV AND THE MERCEDES SUV.
11/27/2024  10:45 am  SERVICE ATTEMPTED: 7345 SW 96TH STREET, MIAMI, FL - CONTACT MADE WITH ANOTHER HISPANIC FEMALE WHO STATED THAT SHE WAS ALSO A HOUSEKEEPER.  WHEN ASKED TO SPEAK WITH COHEN OR BUILES, SHE STATED THAT THEY WERE OUT OF TOWN AND THAT THERE WAS

## RETURN OF DUE DILIGENCE For 1:24-CV-24460-PCH

NO ONE ELSE HOME AUTHORIZED TO ACCEPT SERVICE.

SERVER INFORMED HER THAT HE WAS ONLY LEAVING A COURTESY COPY OF THE SUMMONS AND COMPLAINT THAT HAD BEEN SERVED ON THE REGISTERED AGENT OF THEIR CORPORATIONS.
THE WOMAN REFUSED TO PROVIDE HER NAME AND STATED THAT SHE WAS NOT GOING TO ACCEPT SERVICE OF PROCESS FOR THEM AND THAT THE SERVER COULD LEAVE THE DOCUMENTS ON THE PORCH.
THE COURTESY COPIES OF THE DOCUMENTS WERE LEFT ON THE PORCH.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.  No notary required per FL. Stat. 92.525(2).

**Alberto Rivera**
C.P.S. # 1921

**One Call Legal, Inc.**
**10 Canal Street, # 222**
**Miami Springs, FL 33166**
**(305) 460-8077**

Our Job Serial Number: VER-2024001747

# RETURN OF DUE DILIGENCE

**State of Florida**  **County of Southern**

Case Number: 1:24-CV-24460-PCH

Plaintiff:
**BABIECA CAPITAL, LP.,**

VER2024001748

vs.

Defendant:
**MORDECHAI COHEN; COHEN ANYTIME, INC.; COHEN JEWELS, INC.; IZHAK COHEN; TONIC INVESTMENTS, LLC.; KATHERINE COHEN; AND JULIANA BUILES,**

For:
Carlos F. Osorio, Esq.
Osorio Internacional, P.A.
175 SW 7th Street
Ste. 1800
Miami, FL 33130

Received by One Call Legal, Inc. on the 17th day of November, 2024 at 9:00 am to be served on **KATHERINE COHEN, 7955 SW 128TH STREET, PINECREST, FL 33156**.

I, Alberto Rivera, do hereby affirm that on the **13th day of December, 2024** at **5:00 pm, I:**

**NON-SERVED** the **Summons and Complaint**. After due search, careful inquiry and diligent attempts was unable to serve on **KATHERINE COHEN** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
11/19/2024 1:50 pm SERVICE ATTEMPTED: 7955 SW 128TH STREET, PINECREST, FL - NO CONTACT MADE. NO ANSWER AT THE DOOR. NO CARS IN THE DRIVEWAY. NO ONE HOME.
11/19/2024 7:05 pm SERVICE ATTEMPTED: 7955 SW 128TH STREET, PINECREST, FL - CONTACT MADE WITH MR. COHEN, CURRENT OWNER OF THE RESIDENCE.
WHEN SERVER ASKED TO SPEAK WITH KATHERINE COHEN AND INFORMED HIM OF THE SUMMONS AND COMPLAINT, MR COHEN EXPLAINED THAT WE WERE PROBABLY LOOKING FOR ANOTHER KATHERINE COHEN.
HE EXPLAINED THAT KATHERINE COHEN IS CURRENTLY A COLLEGE STUDENT AWAY IN MEDICAL SCHOOL AND SHE IS NOT ASSOCIATED TO THE OTHER DEFENDANTS IN THIS MATTER.
11/20/2024 12:05 pm SERVICE ATTEMPTED: 92 SW 3RD STREET, APT 2501, MIAMI, FL - NO CONTACT MADE. NO ANSWER AT THE DOOR. NO ONE HOME.
11/22/2024 1:30 pm SERVICE ATTEMPTED: 92 SW 3RD STREET, APT 2501, MIAMI, FL - NO CONTACT MADE. SOUNDS OF A SMALL BARKING DOG. NO ANSWER AT THE DOOR. NO ONE HOME.

## RETURN OF DUE DILIGENCE For 1:24-CV-24460-PCH

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. No notary required per FL. Stat. 92.525(2).

_____

**Alberto Rivera**
C.P.S. # 1921

**One Call Legal, Inc.**
**10 Canal Street, # 222**
**Miami Springs, FL 33166**
**(305) 460-8077**

Our Job Serial Number: VER-2024001748

# RETURN OF DUE DILIGENCE

**State of Florida**  **County of Southern**

Case Number: 1:24-CV-24460-PCH

Plaintiff:
**BABIECA CAPITAL, LP.,**

VER2024001746

vs.

Defendant:
**MORDECHAI COHEN; COHEN ANYTIME, INC.; COHEN JEWELS, INC.; IZHAK COHEN; TONIC INVESTMENTS, LLC.; KATHERINE COHEN; AND JULIANA BUILES,**

For:
Carlos F. Osorio, Esq.
Osorio Internacional, P.A.
175 SW 7th Street
Ste. 1800
Miami, FL 33130

Received by One Call Legal, Inc. on the 17th day of November, 2024 at 9:00 am to be served on **MORDECHAI COHEN, 7345 SW 96 STREET, PINECREST, FL 33156**.

I, Alberto Rivera, do hereby affirm that on the **13th day of December, 2024** at **5:00 pm, I:**

**NON-SERVED** the **Summons and Complaint**. After due search, careful inquiry and diligent attempts was unable to serve on **MORDECHAI COHEN** for the reasons detailed in the comments below.

**Additional Information pertaining to this Service:**
11/19/2024  1:35 pm  SERVICE ATTEMPTED: 7345 SW 96TH STREET, MIAMI, FL - PER NON-LIVE-IN HOUSEKEEPER AND ANOTHER MALE EMPLOYEE, JULIANA BUILES IS OUT OF TOWN AND MORDECHAI COHEN WAS NOT HOME.
THEY STATED THAT HE WOULD BE HOME BY 6 PM AND TO TRY HIM THEN.

VEHICLES:
BLACK ROLLS ROYCE SUV: TEMP TAG- DSS5136
WHITE VW SUV: TAG: 40B EBC
11/19/2024  6:55 pm  SERVICE ATTEMPTED: 7345 SW 96TH STREET, MIAMI, FL - CONTACT MADE WITH A HISPANIC FEMALE WHO STATED THAT HER NAME WAS LIANET AND SHE WAS FRIENDS WITH THEIR KIDS AND WAS ONLY VISITING.
WHEN ASKED TO SEE MORDECHAI COHEN, SHE ASKED ME TO WAIT A SECOND AS SHE WENT BACK TO ONE OF THE ROOMS TO SPEAK WITH SOMEONE.  WHEN SHE RETURNED TO THE DOOR., SHE STATED THAT SUBJECTS WERE OUT OF TOWN AND THAT THERE WAS NO ONE THERE AUTHORIZED TO ACCEPT SERVICE.

VEHICLES:
BLACK ROLLS ROYCE - TAG: DSS5136
BLACK MERCEDES SUV - TAG: 17A SDJ
WHITE CADILLAC SUV - TAG: NBH G38

VEHICLES:
11/22/2024  11:10 am  SERVICE ATTEMPTED: 7345 SW 96TH STREET, MIAMI, FL - PER THE HOUSEKEEPER, SUBJECT'S LEFT OUT OF TOWN AND WON'T BE BACK UNTIL AFTER THE HOLIDAYS.
THERE WERE 5 VEHICLES PARKED AT THE HOUSE INCLUDING THE ROLLS ROYCE SUV AND THE MERCEDES SUV.
11/27/2024  10:45 am  SERVICE ATTEMPTED: 7345 SW 96TH STREET, MIAMI, FL - CONTACT MADE WITH ANOTHER HISPANIC FEMALE WHO STATED THAT SHE WAS ALSO A HOUSEKEEPER.  WHEN ASKED TO SPEAK WITH COHEN OR BUILES, SHE STATED THAT THEY WERE OUT OF TOWN AND THAT THERE WAS

## RETURN OF DUE DILIGENCE For 1:24-CV-24460-PCH

NO ONE ELSE HOME AUTHORIZED TO ACCEPT SERVICE.

SERVER INFORMED HER THAT HE WAS ONLY LEAVING A COURTESY COPY OF THE SUMMONS AND COMPLAINT THAT HAD BEEN SERVED ON THE REGISTERED AGENT OF THEIR CORPORATIONS.
THE WOMAN REFUSED TO PROVIDE HER NAME AND STATED THAT SHE WAS NOT GOING TO ACCEPT SERVICE OF PROCESS FOR THEM AND THAT THE SERVER COULD LEAVE THE DOCUMENTS ON THE PORCH.
THE COURTESY COPIES OF THE DOCUMENTS WERE LEFT ON THE PORCH.

I certify that I am over the age of 18, have no interest in the above action, and I am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. No notary required per FL. Stat. 92.525(2).

**Alberto Rivera**
C.P.S. # 1921

**One Call Legal, Inc.
10 Canal Street, # 222
Miami Springs, FL 33166
(305) 460-8077**

Our Job Serial Number: VER-2024001746