# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BABIECA CAPITAL, LP,<br><br>  Plaintiff,<br><br>v.<br><br>COHEN ANYTIME, INC., et al.,<br><br>  Defendants. | Case No.: 1:24-cv-24460-PCH |

## NOTICE SETTING TELEPHONIC HEARING

**PLEASE TAKE NOTICE** that a telephonic hearing on Plaintiff's Motion to Serve Process on Certain Defendants by E-mail and Whatsapp Pursuant to Fed. R. Civ. P. 4(f) [ECF No. 27] will take place in the Miami Division before the Honorable Paul C. Huck on **Monday, December 23, 2024, at 12:30 PM**.  The parties will be provided the dial-in information to attend the telephonic hearing through a separate email.

**DONE AND ORDERED** in Miami, Florida, on December 19, 2024.

_____
Paul C. Huck
United States District Judge

CC: All Counsel of Record